# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| FINANCIAL FEDERAL CREDIT INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-08-2421 |
| § | |
| FAIRVIEW LOGGING, INC., § | |
| *et al.*, § | |
| § | |
| Defendants. § | |

## JUDGMENT

Defendants, Fairview Logging, Inc. and Edwin G. Price, Jr., have failed to answer the complaint after being served with process. It is ordered that the plaintiff, Financial Credit, Inc., recover from the defendants, Fairview Logging, Inc. and Edwin G. Price, jointly and severally, as follows:

   a.   actual damages in the amount of $88,445.75;

   b.   prejudgment interest thereon at the contractual default rate of eighteen percent (18%) per annum from and after April 24, 2008, through September 30, 2008, in the amount of $7,030.98, plus an additional prejudgment interest at the rate of $44.22 per day until entry of judgment;

   c.   attorneys' fees and expenses incurred including $12,096.55;

   d.   postjudgment interest thereon at the rate of .37% from entry of judgment until paid; and

   e.   costs of court.

This is a final default judgment as to Fairview Logging, Inc. and Edwin G. Price, Jr. The claims against Knight Forestry, Inc. are dismissed without prejudice for lack of personal jurisdiction.

SIGNED on January 9, 2009, at Houston, Texas.

Lee H. Rosenthal
United States District Judge